MJStar Reporting: INITIAL APPEARANCE, Length of Hearing(minutes): 7 min
ARRAIGNMENT, Length of Hearing (minutes): 7 min

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 2 9 2022

TAMMY H. DOWNS, CLERK
By: _____ DEP CLERK

United States of America

v.                                  Case No.: 4:21CR00323-03 LPR

Richard Smith

## PLEA AND ARRAIGNMENT REPORT

Plea Date: 4/29/2022                Deft is ✓ is not ____ in custody
Continued Until: _____            ____ Deft did not appear
Reason for continuance _____      ____ Clerk to issue warrant

### COUNSEL

Assistant U. S. Attorney: **Stephanie Mazzanti**
Defense Counsel: **Efrem Neely**                    (Appointed / Retained)
Interpreter's Name: _____

### PLEA

TRIAL BEFORE DISTRICT COURT         CONSENTS TO TRIAL BEFORE MAGST.

Not Guilty ✓                        Not Guilty _____
Guilty (indicates desire) _____   Guilty _____
Nolo Contendere (desire) _____    Nolo Contendere _____

✓ Demands Trial by Jury             _____ Waives Jury Trial
                                    Deft agrees _____
                                    Govt agrees _____

### BAIL

Bail Set at: Detain  By: JMV   Date: 4/29/22

Bail Changed to: _____ By: _____ Date: _____

Number of Days estimated for Trial: **4 days**
Estimated Trial Date: **5/31/2022 @ 9:30 a.m., before the Honorable Judge Lee P. Rudofsky in Room 1D. All Pretrial Motions to be filed within the time specified within the Pretrial Discovery Order, to be entered forthwith.**

Other: _____

DATE: 4/29/2022              SO ORDERED: _____
                                       U.S. MAGISTRATE JUDGE