(Post. 4/4/12) (ARED rev. 7/6/2021)

# UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

## NOTICE

United States of America

V.

Richard Smith

Case No.:   4:21CR00323-03 LPR

| TYPE OF CASE: | | |
|---|---|---|
| | ☐ CIVIL | ☒ CRIMINAL |

**X** TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Richard Sheppard Arnold United States Courthouse<br>500 W Capitol Avenue<br>Little Rock, AR 72201 | **1D** |
| | DATE AND TIME<br>**5/31/2022 at 9:30 a.m.** |

TYPE OF PROCEEDING

**JURY TRIAL before the Honorable Lee P. Rudofsky, U.S. District Judge.**

☐ TAKE NOTICE that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| | | |

TAMMY H. DOWNS, CLERK
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

B. Dunlap
(BY) DEPUTY CLERK