# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF ARKANSAS

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    vs.                                    4:21-CR-00323-3-LPR

**RICHARD SMITH,**

    **Defendant.**

## ORDER APPOINTING COUNSEL

Based upon the completed affidavit or testimony of defendant Richard Smith, concerning their financial ability to employ counsel, Richard Smith is entitled to counsel, but cannot afford to hire a private lawyer.

IT IS THEREFORE ORDERED that Efrem B Neely is appointed to represent Richard Smith in all further proceedings.

IT IS SO ORDERED this date of 4/29/2022.

                                                                                                   /s/ Joe J Volpe

                                                                            _____

                                                                            UNITED STATES MAGISTRATE JUDGE