AO 442 (Rev. 01/09)  Arrest Warrant (ARED re    2021)

**FILED**
~~U.S. DISTRICT COURT~~
EASTERN DISTRICT ARKANSAS

MAY **0 2** 2022

TAMMY H. DOWNS, CLERK
By:_____
DEP CLERK

# UNITED STATES DISTRICT COURT
## Eastern District of Arkansas

United States of America

v.                                          Case No.:  4:21CR00323-03 LPR

Richard Smith

*Defendant*

# ARREST WARRANT

To:      Any authorized law enforcement officer

        **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*                        **Richard Smith**

who is accused of an offense or violation based on the following document filed with the court:

[X] Indictment    [ ] Superseding Indictment    [ ] Information    [ ] Superseding Information    [ ] Complaint
[ ] Probation Violation Petition    [ ] Supervised Release Violation Petition    [ ] Violation Notice    [ ] Order of the Court

This offense is briefly described as follows: **Conspiracy to distribute and PWID 500 grams or more of a mixture and substance containing methamphet, PWID 50 grams or more of a mixture and substance containing methamphetamine, as further explained in the attached documents.**

Date:   December 9, 2021

_____
*Issuing officer's signature*

City and state:    Little Rock, Arkansas

**TAMMY H. DOWNS, CLERK**
*Printed name and title*

| Return |
| --- |

This warrant was received on *(date)*  12/9/2021  , and the person was arrested on *(date)*  4/27/2022
at *(city and state)*  Kulaski City

Date:   4/27/2022

_____
*Arresting officer's signature*

TERRY BUMANN  SDUSM
*Printed name and title*